**UNITED STATES, Appellant**

v.

**LeRoy SCHAEFER.**

**No. 17499.**

United States Court of Appeals
Eighth Circuit.

Feb. 7, 1964.

Harold C. Doyle, U. S. Atty., for appellant.

John W. Larson, Kennebec, S. D., for appellee.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Dr. George B. CROZAT, Appellant,**

v.

**UNITED STATES of America and Chester Usry, District Director of Internal Revenue, Appellees.**

**No. 20376.**

United States Court of Appeals
Fifth Circuit.

March 4, 1964.

Leon D. Hubert, Jr., Vincent T. Lo-Coco, Hubert, Baldwin & Zibilich, New Orleans, La., for appellant.

Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Tax Div., Dept. of Justice, Washington, D. C., Louis C. La-Cour, U. S. Atty., Peter E. Duffy, Asst. U. S. Atty., New Orleans, La., Joseph Howard, Burton Berkley, Richard M. Roberts, Attys., Tax Div., Dept. of Justice, Washington, D. C., for appellees.

Before MAGRUDER,* JONES and GEWIN, Circuit Judges.

PER CURIAM.

The motion of the appellees to affirm the order of the District Court is granted and the judgment is affirmed. Reisman v. Caplin, 375 U.S. 440, 84 S.Ct. 508, 11 L.Ed.2d 459.

**Zigmont J. LeTOWT, Jr. and Virginia C. LeTowt, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 14534.**

United States Court of Appeals
Third Circuit.

Argued Jan. 21, 1964.

Decided March 12, 1964.

Zigmont J. LeTowt, Jr., Pro se.

Alan D. Pekelner, Dept. of Justice, Washington, D. C. (Louis F. Oberdorfer, Asst. Atty. Gen., Crane Hauser, Chief Counsel, I. R. S., John B. Jones, Jr., Acting Asst. Atty. Gen., Lee A. Jackson, Robert N. Anderson, Attys., Dept. of Justice, Washington, D. C., on the brief), for respondent.

Before BIGGS, Chief Judge, and FORMAN and GANEY, Circuit Judges.

PER CURIAM.

The petitioners' situation is one for which the members of the court have much sympathy, but the remedy must lie with Congress for we may not by judicial legislation revise the existing tax law. The decision of the Tax Court will be affirmed.

* Senior Circuit Judge of the First Circuit, sitting by designation.